Date of Arrest: 05/23

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br><br>Sergio VASQUEZ-Contreras<br>AKA: None Known<br>201445186<br>YOB: 1985<br>Citizen of: Mexico<br><br>Defendant | Magistrate Case No. 22-1826MJ<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |

The undersigned complainant being duly sworn states:

## COUNT 1

That on or about May 23, 2022 Defendant Sergio VASQUEZ-Contreras, an alien, was found in the United States at or near San Luis, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of Tacoma, Washington, on or about January 11, 2022. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Reviewed by AUSA John Ballos*
*SAD for JAB*

Signature of Complainant
Jared Lasley
Border Patrol Agent

Sworn to before me and subscribed telephonically,

May 24, 2022        at    Yuma, Arizona
Date                       City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer         Signature of Judicial Officer

UNITED STATES OF AMERICA,

Vs.

Sergio VASQUEZ-Contreras
AKA: None Known
201445186

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about May 23, 2022, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Seattle, Washington on or about December 20, 2021 by an Immigration Judge. The Defendant has been removed on one previous occasion. The Defendant was most recently removed on or about January 11, 2022, through the port of Tacoma, Washington, subsequent to a conviction in a Superior Court, State of Washington, County of Grant, on or about May 11, 2021, for the crime of Assault, a felony.

Agents determined that on or about May 22, 2022, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPA's Wilson Pietri-Rodriguez, Nereo Gomez, and Austin Del Rio.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Michael Beaman.

_Michelle Hernandez_
Signature of Complainant

Sworn to before me and subscribed telephonically,

May 24, 2022
Date

_[signature]_
Signature of Judicial Officer